# United States District Court
# For The Western District of North Carolina
# Asheville Division

Martin A. Crawford,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                   1:05cv40

L.M. Soloman,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion for summary judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/22/06 Order.

May 22, 2006                                      FRANK G. JOHNS, CLERK

                                                       BY:  s/Joan Gosnell

                                                                Joan Gosnell, Deputy Clerk